UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
YOE RODRIGUEZ-MENDEZ, *on behalf of himself,*
*FLSA collective Plaintiffs and the Class*

                          Plaintiff,                21-CV-8671 (JMF)

       -v-                                    ORDER

VILLAGE SUPER MARKET, INC., et al.,

                        Defendants.
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received today, via email, a motion from Plaintiff seeking a temporary restraining order.  The motion provides, and the Court perceives, no basis to proceed without notice to Defendants.  Accordingly, Plaintiff shall promptly file the motion papers on ECF.  In addition, Plaintiff is hereby ORDERED to serve the motion papers and a copy of this Order on Defendants, electronically, by the **close of business today** and to promptly file proof of such service.

      Defense counsel shall promptly file a notice of appearance.  Defendants are cautioned that a corporation may appear in federal court only through licensed counsel, and "where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it."  *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

      Finally, it is hereby ORDERED that all parties appear for a telephone conference with the Court on **November 24, 2021** at **9:45 a.m.**  The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: November 19, 2021
      New York, New York

                                                                  JESSE M. FURMAN
                                                                  United States District Judge