Christopher S. Porrino, Esq.
Gavin J. Rooney, Esq.
Naomi D. Barrowclough, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402

*Attorneys for Defendants Village Super Market, Inc., Village Super Market of NY LLC, Village Super Market of NJ LP, VSM Gourmet LLC, and VSM NY Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOE RODRIGUEZ-MENDEZ, on behalf of himself, FLSA Collective Plaintiffs and the Class,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE SUPER MARKET, INC.<br>d/b/a SHOPRITE,<br>d/b/a SHOPRITE OF GALLOWAY,<br>d/b/a VILLAGE SHOPRITE 473,<br>d/b/a SHOPRITE 247,<br>d/b/a STIRLING SHOPRITE 443,<br>VILLAGE SUPER MARKET OF NY LLC<br>d/b/a SHOPRITE OF BRUCKNER BLVD,<br>VILLAGE SUPER MARKET OF NJ LP,<br>d/b/a SHOPRITE,<br>SHOPRITE SUPERMARKETS, INC.<br>d/b/a SHOPRITE, | Case No.: 1:21-cv-08671<br><br>**DEFENDANTS VILLAGE SUPER MARKET, INC., VILLAGE SUPER MARKET OF NY LLC, VILLAGE SUPER MARKET OF NJ LP, VSM GOURMET LLC, AND VSM NY HOLDINGS LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

d/b/a SHOPRITE 26,
d/b/a SHOPRITE 225,
d/b/a SHOPRITE OF ENGLISH CREEK,
d/b/a SHOPRITE 191,
d/b/a SHOPRITE OF HILLSBOROUGH,
d/b/a SHOPRITE 296,
d/b/a SHOPRITE OF MILLBURN,
d/b/a SHOPRITE OF OLD BRIDGE 200,
d/b/a SHOPRITE 435,
WAKEFERN FOOD CORP.
d/b/a SHOPRITE UNION,
d/b/a SHOPRITE #643,
d/b/a SHOPRITE SPRINGFIELD 294,
WILLIS STEIN & PARTNERS MANAGEMENT III, LLC
d/b/a SHOPRITE,
VSM GOURMET LLC
d/b/a GOURMET GARAGE, and
VSM NY HOLDINGS LLC
d/b/a FAIRWAY MARKET OF 74TH STREET,
d/b/a FAIRWAY MARKET OF 86TH STEET,
d/b/a FAIRWAY MARKET OF CHELSEA,
d/b/a FAIRWAY MARKET OF KIPS BAY,
d/b/a FAIRWAY MARKET OF PELHAM,

Defendants.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Village Super Market, Inc., Village Super Market of NY LLC, Village

Super Market of NJ LP, VSM Gourmet LLC, and VSM NY Holdings LLC hereby certify as follows:

Village Super Market, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Village Super Market of NY LLC states that it is wholly owned by Village Super Market, Inc. and that Village Super Market, Inc. owns 10% or more of its equity interests.

Village Super Market of NJ LP states that it is wholly owned by Village Super Market, Inc. and that Village Super Market, Inc. owns 10% or more of its equity interests.

VSM Gourmet LLC states that it is wholly owned by Village Super Market, Inc. and that Village Super Market, Inc. owns 10% or more of its equity interests.

VSM NY Holdings LLC states that it is wholly owned by Village Super Market, Inc. and that Village Super Market, Inc. owns 10% or more of its equity interests.

Dated: January 7, 2022

**LOWENSTEIN SANDLER LLP**

By: s/ Gavin J. Rooney
Gavin J. Rooney, Esq.
Christopher S. Porrino, Esq.
Naomi D. Barrowclough, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants Village Super Market, Inc., Village Super Market of NY LLC, Village Super Market of NJ LP, VSM Gourmet LLC, and VSM NY Holdings LLC*