UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YOE RODRIGUEZ-MENDEZ, *on behalf of himself,* :
*FLSA collective Plaintiffs and the Class* :
: 21-CV-8671 (JMF)
Plaintiff, :
: <u>ORDER</u>
-v- :
:
VILLAGE SUPER MARKET, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the Shoprite and Wakefern Defendants' pending motion to dismiss, *see* ECF No. 64, the initial pretrial conference scheduled for March 29, 2022, is adjourned *sine die*.

    SO ORDERED.

Dated: March 21, 2022
       New York, New York

                                       JESSE M. FURMAN
                                       United States District Judge