# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

March 30, 2022

**Via ECF:**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Rodriguez-Mendez v. Village Super Market, Inc. et al*
Case No. 21-cv-08671 (JMF)

Dear Judge Furman:

We are counsel for Plaintiff in the above-referenced action. We write, jointly with counsel for Defendants, to respectfully request a stay in this action pursuant to parties' agreement to engage in a class mediation. Parties request the stay in this action continue for ninety (90) days to allow time for an exchange of class documents prior to engaging in their contemplated mediation.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter by June 30, 2022. If the parties are unable to reach a resolution at mediation, the parties propose that they, with their joint letter, submit a new Scheduling Order, with a new briefing schedule for the following two (2) motions currently pending before the Court: (i) Defendants' Motion to Dismiss, and (ii) Plaintiff's Motion for Conditional Collective Certification.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

Application GRANTED. The parties are directed to file a status update with the Court by no later than June 30, 2022. The Clerk of Court is directed to terminate ECF No. 83. In addition, the Clerk of Court is directed to administratively close the pending motions, ECF Nos. 64 and 77. These motions may be reinstated by letter motion in the event that the mediation is not successful. SO ORDERED.

March 30, 2022