UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YOE RODRIGUEZ-MENDEZ, *on behalf of himself,* :
*FLSA collective Plaintiffs and the Class*, :
:
                          Plaintiff, :      21-CV-8671 (JMF)
:
      -v- :      <u>ORDER</u>
:
VILLAGE SUPER MARKET INC. et al., :
:
                         Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      At the teleconference held on November 24, 2021, Plaintiff agreed to withdraw his emergency motion for a protective order, ECF No. 32, but the order was not terminated. For avoidance of doubt, the motion is hereby DENIED as moot and the Clerk of Court is directed to terminate ECF No. 32.

      SO ORDERED.

Dated: August 29, 2022
       New York, New York
                                              _____
                                                JESSE M. FURMAN
                                           United States District Judge