UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOE RODRIGUEZ-MENDEZ,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VILLAGE SUPER MARKET, INC., et al.,<br><br>　　　　　　Defendants. | Case No:  1:21-cv-08671<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of damages, legal fees, expenses, and costs, with respect to all of Plaintiff's federal claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 27, 2022 and filed as Exhibit A to Docket Number 97;

**WHEREAS**, on October 27, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 97);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Yoe Rodriguez-Mendez, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 27, 2022 and filed as Exhibit A to Docket Number 97.

**SO ORDERED:** The Clerk of Court is directed to enter judgment in favor of Plaintiff, in accordance with the terms above, and close the case.

Dated: _____October 28_____, 2022　　　　　_____
　　　　　New York, New York　　　　　　　　　　　　　　U.S.D.J.